BEFORE THE FIRST DIVISION, APRIL 11, 1963

**No. 67592.**—J. E. Bernard & Co., Inc., et al. v. United States, protests 61/6213–11894, etc. (Chicago).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 11, 1963

**No. 67593.**—Seedman International Corp. v. United States, protests 62/11419–12906, 62/11490–12951, and 62/11493–12954 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.